

**FOR PUBLICATION**

**UNITED STATES COURT OF APPEALS**

**FOR THE NINTH CIRCUIT**

| | |
|---|---|
| **STEVEN PELESASA FUE,**<br><br>Petitioner-Appellant,<br><br>v.<br><br>**MARTIN BITER**, Warden,<br><br>Respondent-Appellee. | No.   12-55307<br><br>D.C. No.<br>2:11-cv-02436-DMG-MRW<br>Central District of California,<br>Los Angeles<br><br>**ORDER** |

**THOMAS**, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Federal Rule of Appellate Procedure 35(a) and Circuit Rule 35-3.  The three-judge panel opinion shall not be cited as precedent by or to any court of the Ninth Circuit.